
UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
September 21, 2017
David J. Bradley, Clerk

| | |
|---|---|
| Inez Hudson, | § |
| Plaintiff, | § § § |
| versus | § § |
| David Deisch., et al. | § § § |
| Defendant. | § |

Civil Action H-17-02654

## Order on Remand

This case is remanded as cause number 2017-51247 to the 129th Judicial Court of Harris County, Texas.

Signed on September 20, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge